UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:19-CR-00024 |
| | ) | REEVES/GUYTON |
| WILLIAM H. FORTSON | ) | |
| | ) | |

# ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to the lesser included offense in Count One of the Indictment; (2) accept Defendant's plea of guilty to the lesser included offense in Count One of the Indictment, that is, of possession with intent to distribute five grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); (3) adjudicate Defendant guilty of the charges set forth in the lesser included offense in Count One of the Indictment; and (4) find that Defendant shall remain in custody until sentencing in this matter [D. 21]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [D. 21] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to the lesser included offense in Count One of the Indictment is **GRANTED**;

1

(2) Defendant's plea of guilty to the lesser included offense in Count One of the Indictment, that is, possession with intent to distribute five grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the lesser included offense in Count One of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 21, 2020 at 11:00 a.m. in Knoxville** before the Honorable Pamela L. Reeves, Chief United States District Judge.

**IT IS SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**